No. 73–852. JABLON *v.* TRUSTEES OF CALIFORNIA STATE COLLEGES ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5397. JONES *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5484. HOOKS *v.* ROBERTS, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5849. MANNING *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1694. NEW YORK *v.* NEWMAN. Ct. App. N. Y. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–401. MITCHELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari.

No. 73–488. McMULLEN *v.* VIRGINIA. Sup. Ct. Va. Motion of respondent to dispense with printing brief in opposition and certiorari denied.

No. 73–607. RICHARDSON *v.* IDAHO. Sup. Ct. Idaho. It appearing that petitioner has complied substantially with Rule 39 of the Rules of this Court, motion to dispense with printing petition denied as unnecessary. Certiorari denied.